PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 23 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Wesley Edward Byrd               Case Number 2:04CR00217-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: March 4, 2005

Original Offense: Escape, 18 U.S.C. § 751(a)

Original Sentence: 15 months imprisonment followed by 1 year supervised release

Type of Supervision: Supervised Release         Date Supervision Will Commence: December 15, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

The defendant shall reside in and satisfactorily participate in a community corrections center and/or comprehensive sanction center program, to include prerelease component and day report program participation, if determined appropriate by the Community Corrections Manager and the U.S. Probation Officer, as a condition of supervised release or probation for up to 180 days or until discharged by the Community Corrections Manager or U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee. Note the subsistence will be reduced to 10% in the event the defendant is moved to day reporting.

Respectfully submitted,

by  *Anne Sauther* (signature)

Anne Sauther
U.S. Probation Officer
Date: August 19, 2005

Name of Offender: Wesley Edward Byrd                    Case Number 2:04CR00217-001

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*(signature)*
Signature of Judicial Officer
Date: August 22, 2005